# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced September 30, 2021


<u>NOTICE OF WRITTEN SUBMISSION</u>:


21-0782        IN RE TEXAS HEARTBEAT ACT LITIGATION

The Motion to Transfer, the responses and the reply will be submitted to the Multidistrict Litigation Panel on October 7, 2021.